**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6327

LIONEL LEE PRINCE,

Plaintiff - Appellant,

v.

ALLEN GANG, Warden; OFFICER BOLA AJAO; SGT. ERIC WALKER; CORIZON HEALTH; JOSEPH JEFCOAT; SGT. CHUKWUMA NJOKU; KIMBERLY STEWART; MONTUNRAYO O. ADEGORUSI,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:20-cv-00535-GJH)

Submitted: January 6, 2023                          Decided: February 1, 2023

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lionel Lee Prince, Appellant Pro Se. Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lionel Lee Prince appeals the district court's order granting summary judgment in favor of Defendants in this action filed pursuant to 42 U.S.C. § 1983. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Prince v. Gang*, No. 8:20-cv-00535-GJH (D. Md. Feb. 28, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*